IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN MICHAEL BARTLETT, ) | |
|     Petitioner, ) | C.A. No. 23-212 Erie |
| ) | |
| v. ) | **District Judge Susan Paradise Baxter** |
| ) | **Chief Magistrate Judge Richard Lanzillo** |
| JANET HUTCHINSON, ) | |
|     Respondent. ) | |

### **MEMORANDUM ORDER**

This action for habeas corpus relief was initially received by the Clerk of Court on July 23, 2024; however, because the petition was unaccompanied by either the filing fee or a motion to proceed *in forma pauperis*. Petitioner subsequently paid the filing fee on December 18, 2024, and his petition was docketed at such time [ECF No. 11]. In his habeas petition, Petitioner challenges his "unconstitutional conviction and disproportionate sentence" and seeks a new trial based on his claim of having newly discovered evidence that government agents posed as civilian witness and victims at his trial in 2015. Thus, in essence, Petitioner seeks relief under 28 U.S.C. § 2241, pursuant to the "savings clause" of 28 U.S.C. 2255(e), which allows a federal prisoner to challenge the validity of his underlying conviction where it "appears that the remedy by [§2255 petition] is inadequate or ineffective to test the legality of his detention." The petition was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On January 23, 2025, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that the petition be denied, with prejudice [ECF No. 30]. In particular, Judge Lanzillo found, *inter alia*, that Petitioner has not met the jurisdictional

1

requirements of § 2255's savings clause under <u>Jones v. Hendrix</u>, 599 U.S. 465 (2023). Petitioner has not filed timely objections to the R&R.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 28th day of February, 2025,

IT IS HEREBY ORDERED that the within petition for a writ of habeas corpus is DISMISSED, with prejudice, and the report and recommendation of Chief Magistrate Judge Lanzillo, issued on January 23, 2025 [ECF No. 30], is adopted as the opinion of this Court. As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge

       All parties of record